UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TARIK MATHIS
*Plaintiff*

v. CASE NO. 3:19CV1489(MPS)

NY CONN CORP
*Defendants*

**JUDGMENT**

This action having come on for consideration of the defendant's [doc. #90] motion for summary judgment before the Honorable Michael P. Shea, United States District Judge and,

The court having considered the motion and the full record of the case including applicable principles of law, and having filed its Ruling on February 28, 2022 granting the motion; it is therefore

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the defendant dismissing the case.

Dated at Hartford, Connecticut, this 1st day of March 2022.

DINAH MILTON KINNEY, Clerk

By *__/s/ Devorah Johnson__*
Devorah Johnson
Deputy Clerk

EOD 03/1/22